# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00583-CV

### Kevin Bierwirth, Appellant

### v.

### BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans, Appellee

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
## NO. 10-1108-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Kevin Bierwirth provided this Court with notice of his filing for bankruptcy (*In re: Kevin L. Bierwirth*, United States Bankruptcy Court, Western District of Texas, Austin Division, Chapter 7, Cause No. 13-11730D). Accordingly, this appeal is stayed. *See* 11 U.S.C. § 362(a); Tex. R. App. P. 8.2. Any party may file a motion to reinstate upon the occurrence of an event that allows the appeal to proceed. *See* Tex. R. App. P. 8.3(a).

Before Justices Puryear, Pemberton, and Rose

Bankruptcy

Filed: October 24, 2013